IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR SINGLETON SR., | 1:10-cv-00953-SKO (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | OR PAY FILING FEE WITHIN 45 DAYS |
| SGT. JONES, ET AL., | |
| Defendants. / | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee, or submitted a complete application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The Court has received in incomplete application to proceed in forma pauperis that was not signed by Plaintiff and did not contain certification from prison officials regarding the average balance in Plaintiff's trust account.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

-1-

1  **Failure to comply with this order will result in a recommendation that this action be**
2  **dismissed.**
3  IT IS SO ORDERED.
4  Dated:    June 2, 2010                             /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE